**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**------------------------------------------------------------------------x**
**In re:**
**Samson Equity of NY Corp,**
**Debtor.**
**: Case No.: 819-76144-ast**
**:**
**: Chapter 7**
:

## ANSWER TO THE TRUSTEES MOTION TO DISMISS CHAPTER 7 CASE

Now comes Samson Equity of NY Corp. by its undersigned counsel and in response to the Motion to Dismiss filed by the Trustee states the following:

1. It is admitted that a representative of the Debtor did not appear for the § 341 meeting originally scheduled for October 22, 2019. The failure to appear was due to a miscommunication with the Debtor's representative and sole shareholder Lennon Stravato.

2. The Trustee has rescheduled the § 341 meeting for December 10, 2019 at 10:00 A.M. The Debtor through it representative will attend the rescheduled § 341 meeting and properly respond to the Trustees inquiry.

3. The Debtor and counsel have also been preparing the documents that Debtor is required to file pursuant to 11 U.S.C. § 521 and expects the bankruptcy schedules and statement of affairs to be electronically filed prior to the rescheduled meeting of creditors.

4. 11 U.S.C. § 707 (1) allows a dismissal for cause including "unreasonable delay by the debtor *that is prejudicial to creditors"*. The Debtor does not dispute that its failure to attend the scheduled 341 meeting delayed the proceeding. The Debtor does dispute that the delay will be prejudicial to creditors.

5. The Debtor will attend the rescheduled meeting and the 6-week delay from the date of the originally scheduled meeting October 22, 2019 to December 10, 2019 will not prejudice creditors.

6. As the schedules will reflect this will be a "no asset case" and therefore their will be no asset distribution to creditors.

Wherefore, It is requested that the Motion to Dismiss be denied, conditioned upon the Debtor appearing for the rescheduled 341 meeting on December 10, 2019.

Respectfully Submitted,

/s/John Stravato
John Stravato
Attorney for the Debtor
P.O. Box 798
Bethpage NY. NY 11714
Johnmstravato@gmail.com
916 -633-2639

CERTIFICATION

I certify that a copy of this Notice was sent on December 6, 2019 by electronic transmission to the persons/entities entitled to receive notice through the court's CM/ECF electronic mail, by the undersigned, and to Kenneth Kirschenbaum, Trustee, at Ken@kirschenbaumEsq.com

/s/John Stravato
John Stravato