**Fill in this information to identify the case:**

Debtor name Samson Equity of NY Corp.

United States Bankruptcy Court for the Eastern District of NY (State)

Case number (If known):          8-19-76144-ast

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                                           **12/15**

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ...............................................................................................

    $ ____0____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................

    $ _____0_____

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ................................................................................................

    $ _____0_____

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................

   $ ____0____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................................................................

$ unknown

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................................

+ $ 100

4. **Total liabilities**................................................................................................................................................................
Lines 2 + 3a + 3b

100